IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVE LINK,<br><br>　　　　Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>　　　　Defendants<br>_____/ | No. C-09-1912 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION; CONTINUING HEARING ON MOTIONS TO DISMISS FROM JUNE 26, 2009 TO JULY 31, 2009** |

　　　　Before the Court is plaintiff Gustave Link's "Motion for Extension Under Civ LR 6-3 to File 'Opposition Brief,'" filed June 1, 2009, by which plaintiff seeks an order continuing the hearing on defendants' motions to dismiss from June 26, 2009 to July 31, 2009. Defendants have not filed a response thereto.

　　　　Having read and considered plaintiff's motion, and good cause appearing, the Court hereby GRANTS the motion.

　　　　Accordingly, the hearing on defendants' motions to dismiss is hereby CONTINUED from June 26, 2009 to July 31, 2009.

　　　　Plaintiff's opposition to the motions to dismiss shall be filed no later than July 10, 2009. Any reply to plaintiff's opposition(s) shall be filed no later than July 17, 2009.

　　　　**IT IS SO ORDERED.**

Dated: June 11, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge