IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVE LINK,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants<br>_____/ | No. C-09-1912 MMC<br><br>**ORDER VACATING JULY 31, 2009 HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

    Before the Court are two motions: (1) defendants John C. Duncan ("Duncan") and John W. Cumming's ("Cumming") motion to dismiss, filed May 20, 2009; and (2) defendants Edmund G. Brown, Jr. ("Brown"), Julian Standen ("Standen"), Anne Quick ("Quick"), Les DenHerder ("DenHerder"), Carl Goff ("Goff"), and Diana Kimble's ("Kimble") motion to dismiss, filed May 21, 2009.  Plaintiff Gustave Link has filed opposition, to which defendants Brown, Standen, Quick, DenHerder, Goff, and Kimble have replied.[1]  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the motions suitable for decision on the parties' respective papers, and VACATES the hearing scheduled for July 31, 2009.

    **IT IS SO ORDERED.**

Dated: July 27, 2009

                                                           MAXINE M. CHESNEY
                                                           United States District Judge

---

[1] Defendants Duncan and Cumming have not filed a reply.