IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUSTAVE LINK,

    Plaintiff,

  v.

JERRY BROWN, et al.,

    Defendants
                               /

No. C-09-1912 MMC

**ORDER DISMISSING ACTION**

      By order filed August 4, 2009, the Court dismissed plaintiff Gustave Link's complaint with leave to amend. The Court directed plaintiff to file any First Amended Complaint no later than August 21, 2009. Plaintiff subsequently failed to file a First Amended Complaint.

      Accordingly, the instant action is hereby DISMISSED.

      The Clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: August 28, 2009

                                          MAXINE M. CHESNEY
                                          United States District Judge