IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUSTAVE LINK,

        Plaintiff,

  v.

JERRY BROWN, et al.,

        Defendants.
                                    /

No. CV-09-1912 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED.

Dated: August 28, 2009

        Richard W. Wieking, Clerk

        By: Tracy Lucero
        Deputy Clerk