# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVE W. LINK, etc., <br><br>   Plaintiff, <br><br>   v. <br><br> JOHN C. DUNCAN, et al., <br><br>   Defendants. <br> _____/ | No. C12-0726 EMC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Link v. State of California, et al.*, Civil Case No. C09-1912 MMC.

IT IS SO ORDERED.

Dated: March 8, 2012

_____
EDWARD M. CHEN
United States District Judge

cc: Judge Maxine M. Chesney