**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUSTAVE W. LINK, etc.,                          No. C12-0726 EMC

              Plaintiff,

      v.                                      **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

JOHN C. DUNCAN, et al.,

              Defendants.

_____/

      Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Link v. State of California, et al.,* Civil Case No. C09-1912 MMC.

      IT IS SO ORDERED.

Dated: March 8, 2012

_____
EDWARD M. CHEN
United States District Judge

cc: Judge Maxine M. Chesney